IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ALLEN HAYNES, #242857, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:20-cv-369-ECM |
| | ) | |
| JOSEPH HEADLEY, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**O R D E R**

On June 8, 2020, the Magistrate Judge entered a Recommendation (doc. 2) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is TRANSFERRED to the United States District Court for the Northern District of Alabama under 28 U.S.C. § 2241(d).

Done this 17th day of July, 2020.

_____/s/ Emily C. Marks_____
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE